FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2009 JUN 11 AM 9: 27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO: 09-114 |
| v. | * | SECTION: K |
| BERNARD TUSA, et. al., | * | |

\* \* \*

### ORDER

Considering the motion of the United States to unseal the indictment,

**IT IS HEREBY ORDERED** that the Clerk of the Court for the Eastern District of Louisiana unseal the indictment in the above-captioned case.

New Orleans, Louisiana, this 10th day of June, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____